# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-51042
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

August 22, 2016

Lyle W. Cayce
Clerk

LEE PERRY,

       Plaintiff - Appellant

v.

RAILROAD COMMISSION OF TEXAS; BARRY T. SMITHERMAN,
Chairman Anadarko Petroleum Corporation; ANADARKO PETROLEUM
CORPORATION; CHIEF EXECUTIVE OFFICER R. A. WALKER;
MAVERICK PRODUCTION COMPANY, INCORPORATED; CHIEF
EXECUTIVE OFFICER J. MICHAEL YEAGER; SAMSON EXPLORATION,
L.L.C.; SAMSON LONE STAR, L.L.C.; PRESIDENT STACY
SCHUSTERMAN; VIESCA GAS COMPANY; PRESIDENT PAUL E.
SCHENFELDER,

       Defendants - Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:15-CV-111

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM:*

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-51042

This court has before it the district court's orders dated July 31, 2015, September 30, 2015 and October 15, 2015, dismissing this case. And all of pleadings, exhibits, and the brief have been considered. It is apparent that the Plaintiff believes he has been damaged, and that the Defendants have responsibility for that. However, this court has to decide whether we have legal authority to make some ruling on the complaints of the Plaintiff, or whether the district court had the legal authority to do so.

For there was to be legal authority of these federal courts to act upon the complaint of the Plaintiff, so there had to be specific factual allegations against each Defendant for which there might be liability. That is lacking in anything to be found in this record. It is necessary for this court to follow the law of *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) and affirm the dismissal of the case.

AFFIRM.